UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PEDINOL PHARMACAL, INC.,

                Plaintiff,

-against-

RISING PHARMACEUTICALS, INC.,

                Defendant.
-------------------------------------------------------X

MEMORANDUM AND ORDER

CV 06-2120

(Wexler, J.)

APPEARANCES:

    MORITT HOCK HAMROFF & HOROWITZ LLP
    BY: MICHAEL S. RE, ESQ.
    Attorneys for Plaintiff
    400 Garden City Plaza
    Garden City, New York 11530

    HANOR & GUERRA
    BY: CHARLES W. HANOR
    750 Rittiman Road
    San Antonio, TX 78209
    Attorneys for Plaintiff

    LEEDS MORELLI & BROWN
    BY: RICK OSTROVE, ESQ.
    One Old Country Road
    Suite 347
    Carle Place, NY 11514
    Attorneys for Plaintiff

    RUSKIN MOSCOU FALTISCHEK, P.C.
    BY: MARK S. MULHOLLAND
    190 EAB Plaza, East Tower
    15th Floor
    Uniondale, NY 11556-0190
    Attorneys for Defendant Rising Pharmaceuticals

MCDERMOTT WILL & EMORY, LLP
BY: THEODORE R. STEPHENS, ESQ.
600 13th Street, N.W.
Washington, DC 20005
Attorneys for Defendant Rising Pharmaceuticals

THE LUSTIGMAN FIRM, P.C.
BY: SCOTT SHAFFER, ESQ.
Attorneys for Defendant Rising Pharmaceuticals
149 Madison Avenue
New York, New York 10016-6713

BRACKEN, MARGOLIN & GOUVIS, LLP
BY: LINDA U. MARGOLIN, ESQ.
One Suffolk Square
Suite 300
Islandia, NY 11749
Attorneys for Defendant Rising Pharmaceuticals

TROUTMAN SANDERS LLP
BY: BARRY J BRETT, ESQ.
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
Attorneys for Defendant Gold

WEXLER, District Judge

This is a case alleging false advertising and unfair competition commenced by Plaintiff Pedinol Pharmacal, Inc. ("Pedinol" or "Plaintiff") against Defendant Rising Pharmaceuticals, Inc. ("Rising" or "Defendant"). Presently before the court is the objection to the decision of Magistrate Judge Tomlinson dated October 5, 2007, allowing amendment of the complaint to name Ronald Gold as an individual Defendant herein.

Pursuant to Rule 72 of the Federal Rules of Civil Procedure this court shall modify or set aside any part of the order appealed from that is "clearly erroneous or contrary to law." FRCP 72(a). This court has reviewed the objections and the order and concludes that it should be

2

affirmed. Accordingly, the objections are hereby overruled and the order of Magistrate Judge Tomlinson is affirmed.

SO ORDERED.

LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
November 13, 2007